WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

DARCY MARIE MILLER,                )     CASE NO: **EDCV20-01582-MAA**
                                   )
                 Plaintiff,        )     [PROPOSED] ORDER AWARDING
                                   )     EAJA FEES
         v.                        )
                                   )
KILOLO KIJAKAZI[1], Acting         )
Commissioner of Social Security    )
Administration,                    )
                                   )
                 Defendant.        )
_____)

Based upon the parties' Stipulation for Award and Payment of Equal Access
to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND
FOUR HUNDRED DOLLARS and 00/cents ($4,400.00), as authorized by 28
U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 09/29/2021

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be
substituted for Commissioner Andrew M. Saul as the defendant in this suit.  No further action
needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the
Social Security Act, 42 U.S.C. § 405(g).

1